**STATE of Missouri, Respondent,**

v.

**Estill Dwain HORNING, Appellant.**

**No. WD 43430.**

Missouri Court of Appeals, Western District.

May 7, 1991.

Dan K. Purdy, Osceola, for appellant.

Michael L. Ash, Pros. Atty., Stockton, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

### ORDER

PER CURIAM:

Estill Dwain Horning was found guilty following a bench trial of the Class B Misdemeanor of driving while intoxicated, § 577.010, RSMo 1986, and the Class A Misdemeanor of assault in the third degree, § 565.070, RSMo 1986. Sentence on the driving while intoxicated charge was a $150.00 fine and ten days in jail with the execution of jail sentence stayed and ten days in jail on the assault charge.

Judgment affirmed. Rule 30.25(b)

**STATE of Missouri, Respondent,**

v.

**Michael WARREN, Appellant.**

**No. WD 42831.**

Missouri Court of Appeals, Western District.

May 14, 1991.

Raymond L. Legg, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and FENNER and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from conviction and sentence, as a prior and persistent offender, of receiving stolen property and the denial, following evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Conviction and denial of motion for post-conviction relief affirmed. Rule 84.16(b).